UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERNAL BENT,<br><br>                    Plaintiff,<br>       -v-<br><br>HARLEY PLUMBING & HEATING INC.,<br><br>                    Defendant. | No. 22 Civ. 8339 (KPF) (SLC)<br><br>**JUDGMENT** |

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 23, 2023; and Defendant Harley Plumbing & Heating Inc., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Vernal Bent in the amount of $9,000.00, inclusive of all penalties, interest, costs and attorney fees; it is

     It is hereby ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Vernal Bent and against Defendant Harley Plumbing & Heating Inc. in the amount of $9,000.00, inclusive of all penalties, interest, costs, and attorney fees.

```
The Clerk of the Court is directed to terminate all the pending
motions, adjourn all remaining dates, and close this case.
```

SO ORDERED.

```
Dated:    October 24, 2023
          New York, New York
```
                                                   Hon. Katherine Polk Failla
                                                   United States District Judge